## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES BRUCE ALLISON,<br><br>             Petitioner,<br><br>vs.<br><br>LINDA SANDERS,<br><br>             Respondent. | )   Criminal No. 07-284-N-EJL<br>)   Civil No. 09-364-N-EJL<br>)<br>)<br>)   **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

Based upon this Court's Memorandum Order, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioner take nothing from the Respondent and the civil case associated with the matter be DISMISSED IN ITS ENTIRETY.



DATED: **December 16, 2009**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

JUDGMENT - 1